ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/14/2015 1:24:23 PM
KEITH HOTTLE
CLERK

NO. 04-14-00569-CV

IN THE COURT OF APPEALS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/14/2015 1:24:23 PM
KEITH E. HOTTLE
Clerk

FOR THE FOURTH DISTRICT OF TEXAS

AT SAN ANTONIO

BURTON KAHN,

*Appellant,*

v.

HELVETIA ASSET RECOVERY, INC.,

*Appellee.*

## HAYNES AND BOONE, LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR APPELLEE HELVETIA ASSET RECOVERY, INC.

TO THE HONORABLE COURT OF APPEALS:

In accordance with Rule 6.5 of the Texas Rules of Appellate Procedure, Haynes and Boone, LLP, Werner A. Powers, and Lisa S. Barkley (collectively "Haynes and Boone") file this Unopposed Motion to Withdraw as Counsel of Record for Appellee Helvetia Asset Recovery, Inc. ("Helvetia"). In support of this motion, Haynes and Boone respectfully shows as follows:

1. Haynes and Boone wishes to withdraw as counsel of record for Helvetia. Substituting as counsel of record will be:

1

Elizabeth Conry Davidson
Attorney at Law
Texas Bar No. 00793586
926 Chulie Drive
San Antonio, Texas 78216
Telephone: (210) 380-4899
Facsimile: (210) 225-2300
Email: conrydavidson@gmail.com

2.     Contemporaneous with the filing of this motion, a copy of this motion will be mailed to Helvetia Asset Recovery, Inc. both by certified mail and by first class mail at its last known address.

WHEREFORE, Haynes and Boone, LLP, Werner A. Powers, and Lisa S. Barkley respectfully request that the Court grant this Unopposed Motion for Leave to Withdraw as Counsel of Record for Helvetia Asset Recovery, Inc., that they be permitted to withdraw as counsel for Helvetia Asset Recovery, Inc., and for such further relief to which they may be justly entitled.

HAYNES AND BOONE, LLP

*/s/ Lisa S. Barkley*
Werner A. Powers
State Bar No. 16218800
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
*Werner.Powers@haynesboone.com*

Lisa S. Barkley
State Bar No. 17851450
112 E. Pecan, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7427
Facsimile: (210) 554-0427
*Lisa.Barkley@haynesboone.com*

**COUNSEL FOR APPELLEE**
**HELVETIA ASSET RECOVERY, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with appellant Burton Kahn regarding this motion. Mr. Kahn does not oppose the relief sought herein.

/s/ *Lisa S. Barkley*
Lisa S. Barkley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Unopposed Motion to Withdraw as Counsel of Record has been provided to the following in accordance with the Texas Rules of Appellate Procedure on this14th day of May, 2015:

Burton Kahn                                     *Via First Class and Certified Mail,*
1706 Alpine Circle                                           *and electronic mail*
San Antonio, Texas  78248
glentrail@yahoo.com


Helvetia Asset Recovery, Inc.                   *Via First Class and Certified Mail,*
c/o Robert Ripley, President                                 *and electronic mail*
    John Ripley, Vice-President
13123 Feather Point Drive
San Antonio, Texas 78233
rancherobob@gmail.com
jasper47@netzero.net


Elizabeth Conry Davidson                        *Via First Class and Certified Mail,*
Attorney at Law                                              *and electronic mail*
Texas Bar No. 00793586
926 Chulie Drive
San Antonio, Texas 78216
Email: conrydavidson@gmail.com


                              */s/ Lisa S. Barkley*
                              Lisa S. Barkley